JOHN GARVEY, Respondent, *v.* MARGARET OWENS et al.,
Appellants.

(Argued June 27, 1889; decided October 8, 1889.)

APPEAL from judgment of the General Term of the Supreme
Court in the first judicial department, entered upon an order
made May 13, 1887, which affirmed a judgment in favor of
plaintiff, entered upon a decision of the court on trial at
Special Term.

*R. E. Robinson* for appellants.

*George C. Genet* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.